**FULL NAME:** DAQUAN TRIBBLE

**COMMITTED NAME (if different):** 2408370837 4E02

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** WVDC 9500 ETIWANDA AVE. RANCHO CUCAMONGA CA 91739

**PRISON NUMBER (if applicable):**

FILED
CLERK, U.S. DISTRICT COURT
OCT 28 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF,

v.

SAN BERNARDINO COUNTY etc.

DEFENDANT(S).

**CASE NUMBER:** 5:24-CV-2296-FMO-MAA
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*
☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? 0

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   BELOW

a. Parties to this previous lawsuit:
   Plaintiff N/A BELOW

   Defendants N/A BELOW

b. Court N/A BELOW

c. Docket or case number N/A BELOW

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) DISMISSED

f. Issues raised: N/A BELOW

g. Approximate date of filing lawsuit: N/A BELOW

h. Approximate date of disposition N/A BELOW

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☑ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☑ No

   If your answer is no, explain why not N/A BELOW

3. Is the grievance procedure completed? ☐ Yes ☑ No

   If your answer is no, explain why not N/A BELOW

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff LAQUAN TRIBBLE
(print plaintiff's name)
who presently resides at NVDC / HDSD CDC / RHRC
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
BARSTON, CA 92311
(institution/city where violation occurred)

on (date or dates) **08/26/2024** , **08/28/2024** , _____
                    (Claim I)         (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **SAN BERNARDINO COUNTY etc.** resides or works at
   (full name of first defendant)
   **WVDC/HDDC/CDC/GHRC/BSOC**
   (full address of first defendant)
   **WVDC, HDPC, CDC, GHRC**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   **UNKNOWN VIOLATED RIGHTS**

2. Defendant **BARSTOW POLICE DEPT.** resides or works at
   (full name of first defendant)
   **N/A**
   (full address of first defendant)
   **LAW**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   **VIOLATED CONST. RIGHTS**

3. Defendant **SAN BERNARDINO SHERIFF DEPT** resides or works at
   (full name of first defendant)
   **N/A**
   (full address of first defendant)
   **LAW**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   **VIOLATED RIGHTS CONST.**

4. Defendant **VICTORVILLE SUPERIOR COURTS** resides or works at
   (full name of first defendant)
   **14455 CIVIC DR.**
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

   Explain how this defendant was acting under color of law:
   **VIOLATED CONST. RIGHTS**

5. Defendant **DEPT. OF JUSTICE, CA SBC** resides or works at
   (full name of first defendant)
   **N/A (DA/PD/ )**
   (full address of first defendant)
   **JUDGE/COMMISSIONER**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   **VIOLATED CONST. RIGHTS**

D. CLAIMS*

CLAIM I

The following civil right has been violated:

CONSTITUTIONAL CIVIL RIGHTS LISTED BELOW DID NOT ADVISED/FILED CONSENT OF RIGHTS WITH AID OF COUNSEL PRESENTED WITH EVIDENCE NEITHER 10 DAYS OF ARREST/REPORT OF FALSE CRIME OF PENAL CODE VIOLATED AND ARRESTED WITHOUT MIRANDA RISED OF PROBABLE CAUSE DECLARATION WITH/WOUT WITNESS FOR OR AGAINST CHOOSEN OF ADED COUNSEL PRESENT FOR REPRESENTATION FOR OFFENSE/FALSE ARREST FOR FELONY 10 DAYS FOR PRE HEARING

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

LISTED BELOW PAGES FOR EXPLAINATION OF FACTS/RIGHTS/EVIDENCE/AID IN ALL PROCEEDINGS FOR CASE FILED OR VIOLATE CIVIL ACTIONS DETERMINED FOR LAW OF USA ADVISED

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

UNKNOWN TO BE GRANTED FOR ACTION OF VIOLATION OF RIGHTS BY DEPARTMENTS OF JUSTICE JUDICIAL BRANCH OF UNITED STATES ENTITY(S), UNDER COLOR OF LAW OATH $ AFFIRM FOR BADGE STATEMENT OF OFFICIAL DEPUTY OFFICER OFFICIAL CAPACITY AUTHORITY TO PURSUANT THE LAW OF UNITED STATES/ PC 987.8 DECLARE PENALTY OF PERJURY) TRUE $ CORRECT UNDER 28 USC 1951.

FAILURE TO PROVIDE ACCURATE REPORT OF EVIDENCE/ALLEGATION/ACTION IS FRIVOLOUS OR MALICIOUS/FALSE FILING OF UNTRUE ALLEGATION OF CRIME OR UNTRUE TESTIMONY OF OFFENSE OF CRIME OR VIOLATE RIGHTS OF CITIZEN OF USA PURSUANT TO EXECUTION PC 987.8 OF OFFENSE ALLEGED FOR CHARGED CRIMINAL OFFENSE AND ADVISED RIGHTS THROUGHOUT MATTERS OR HEARINGS OF PROCEEDINGS STAGES WITH AID PROVIDED PRESENT FOR FILED DECLARED CRIMINAL OFFENSE WITH EVIDENCE/WITNESS TESTIMONY TO OR FOR DEFENDANT PRESENTED AND PROVIDED EVIDENCE/RIGHTS/AID WITHIN 10 DAYS FOR FELONY ALLEGED DETERMINED BY JUDGE/COMMISSIONER/WITH COUNSEL TO DEFEND $ ADVISED/SIGNED/DATED AGREEMENTS (MIRANDA) OR WAIVERS

10-5-2024
(Date)

M.?.
(Signature of Plaintiff)

# Trust Account Summary

San Bernardino County Sheriff
Jail Information Management System

**2408370837**
**TRIBBLE, DAQUAN**
**BMA-M**
**IN CUSTODY**

09/16/2024 10:54

| Total Deposits: | +0.00 | Total Withdrawls: | 0.00 | Balance: | $0.00 | Facility Adjust: | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Medical Co-Pay: | $0.00 | Welfare Bag: | $0.00 | Copy: | $0.00 | ID Card: | $0.00 |

| Date | Time | Amount | Type | Tran | Reference | Fiscal Officer | Facility |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/26/2024 | 09:23 | $ 0.00 | D | INTA | 08370837 | J HIDALGO SAVALZA | 37 |
| 09/16/2024 | 04:33 | $ 0.00 | W | XFER | N/A | | 37 |
| 09/16/2024 | 04:33 | $ 0.00 | D | XFER | N/A | | 34 |

# San Bernardino County Sheriff's Department
## General Request

| | | | |
|---|---|---|---|
| **Request ID:** | I372409-1406253 | **Booking #:** 2408370837 | **Date:** 09/13/2024 18:24 |
| **Name:** | TRIBBLE, DAQUAN | | **Location:** 37 / 6A |
| **Request:** | TRUST ACCOUNT SUMMARY | | |
| **Action:** | | | |
| **Completed:** | 01/01/0001 00:00 | **Completed By:** | SFS GLOVER<br>INMATE SERVICES FISCAL UNIT |

*Handwritten annotations:* REHOUSED to 8C 46 (crossed out); 4E2; jmdg

ATTENTION CLERK OF COURTS OFFICE/JUDGE
REQUESTING
1  COURT ORDER TO GO TO LAW LIBRARY
2  FROM JUDGE TO ACCESS LEGAL HELP
3  INFORMATION ON HOW TO FILE CLAIM
4  OR COMPLAINT OF VIOLATED CIVIL
5  RIGHTS § OR CONSTITUTIONAL RIGHTS
6  WHICH CAN BE GRANTED RELIEF
7
8
9  ANY INSTRUCTIONS, RULES, FORMS
10 NEEDED, (NOTICES/MOTIONS/DECLARATIONS
11 REQUESTS FORMS AND PETITIONS
12 NEEDED FOR 42 USC 1983 CLAIM
13 BY PRISONERS FOR
14
15
16
17 SAN BERNARDINO COUNTY (JAILS,
18 COURT, AGENCYS, MEDICAL § MENTAL
19 HEALTH SERVICES) ANY/ALL SOURCES
20 OR RESOURCES TO HELP WITH
21 COMPLAINT OF CIVIL RIGHTS VIOLATION
22 OF CONSTITUTIONAL RIGHT(S) OR ANY
23 CLASS ACTIONS AGAINST ABOVE
24 ENTITY(S), BUSINESS FOR (SBCSD, DOJ,
25 DA, PD, MEDICAL/MENTAL HEALTHCARE, JAILS,
26 CDCR, BOARDS, DEPARTMENTS AND BUREAU.
27
28

ALL FORMS/INSTRUCTIONS/RULES/NOTICES/MOTIONS/DECLARATIONS/PETITIONS/

ANY EXAMPLES OF CLAIMS WHICH CAN BE GRANTED RELIEF

ACCESS TO DOCKETS FOR COURTS

CORRECT VENUE ADDRESSED

ANY LEGAL RESOURCES/AGENCYS FOR INMATES/PRISONERS

INSTRUCTIONS/RULES & REGULATIONS/TERMS

BLACK LAW DICTIONARY/THESAURES

ANY CONSENT/DECREES FOR

SAN BERNARDINO COUNTY (COURTS/JAILS/SBSD/FIRE/FDA/MENTAL & MEDICAL AGENCYS)

CLASS ACTIONS FROM (2016 TO 2024) FOR JAILS/COURTS/ OR ANY & ALL SOURCES TO OR FROM SBC AGENCYS AFFILIATED WITH BARSTOW PD. SBCSD, CMHS, BSCC, CDCR, ARMC, HDDC, WVDC, CDC, GHARC, USCDCA (RIVERSIDE)

DEAR CLERK OF COURTS

WOULD LIKE TO REQUEST:

BIVENS V SIX UNKNOWN FEDERAL NARCOTICS AGENT, 403 U.S. 388, 397 (1971)

$42. U.S.C. 1983

28 U.S.C. 1391(b) FOR CLAIMS BROUGHT PURSUANT 42 USC 1983

— RULES OF COURTHOUSE IN RIVERSIDE WITH ADDRESS TO VENUE TO SUBMIT CLAIM FOR SAN BERNARDINO COUNTY WITH ALL FORMS NEEDED TO FILE CLAIM ELECTRONICALLY ON COURTS WEBSITE

— REQUIRED NOTICES, MOTIONS, FORMS FOR COMPLETE COMPLAINT

— TYPES OF CLAIMS IN WHICH RELIEF CAN BE GRANTED

— ANY CLASS ACTIONS FROM (2016-2024) FILED, ANY DECREE FOR SAN BERNARDINO COUNTY JAILS

— ADDRESS(S) FOR LEGAL ADVICE/HELP WITH CLAIMS →

INSTRUCTIONS & RULES

- INFORMATION OF ALL/ANY SOURCES KNOWN SAN BERNARDINO COUNTY CIVIL RIGHTS CLAIMS OF COMPLAINTS AND CASES FILED WHICH ARE GRANTED RELIEF AGAINST ALL/ANY COUNTY JAIL FACILITIES FROM 2016-2024, COURTHOUSES & INTERNAL AFFAIRS, BUREAU, DEPARTMENTS, BOARDS FOR COUNTY OF SAN BERNARDINO.

ALL/ANY SOURCES/ENTITIES INVOLVE OR WHOM DOES BUSINESS WITH COUNTY OF SAN BERNARDINO SHERIFF'S DEPARTMENT, ARAMARKS, ICAREGIFTS, BOARD OF STATE OF CALIFORNIA CORRECTIONS, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, FDA, FIRE, CMHS, ARMC, JM.MEDICAL.RN

"HDPC"
"ALL PUBLIC INFO/REPORTS/INCIDENTS"

I WOULD LIKE TO REQUEST ALL FORMS SBCSD PROVIDES FOR PUBLIC RECORDS REQUEST DECLARATIONS, NOTICES PETITIONS AND APPLICATIONS FOR SERVICES AT INSTITUTION ALL RECORDS OF CONTRACTS FOR FORMS OF PUBLIC NOTICES OF RULES/POLICY OF STAFF AND INSTITUTION ADMINISTRATION RULES AND REGULATIONS ALSO PUBLIC INFORMATION OF CERTIFIED TRAINED STAFF DEGREES/CERTIFICATES OF COMPLETED COURSES ALSO ALL COURT CASES AMENDED POLICY/RULES & REGULATION AND REPORTS TO PUBLIC SERVICE ANNOUNCEMENTS OF PASS/FAIL FIRE DEPT. FOOD AND DRUG ADMINISTRATIVE REPORTS NEW BUSINESS LICENSE CHANGE OF NAME OF BUSINESS ALL SOURCES OF INFORMED INSTITUTIONS BOARDS DEPT., BUREAU, OFFICES OF BUSINESS AND CONTRACT TERMS AND INVESTIGATIONS OF INCIDENTS OR ISSUES WORK ORDER REPORTS, DEATHS COURT CASES PENDING AGAINST STAFF ADMIN DECREE ORDERS CLASS ACTIONS, SETTLEMENTS TYPE OF SERVICES, PILOT PROJECTS

RESOURCES PROVIDED TO/FROM BUSINESS, IRS REPORTS, TRUST ACCOUNT STATEMENTS, COMMISSIONS, VOLUNTEER ROLES/JOB REQUIREMENTS, MEDICAL RECORDS, MENTAL RECORDS, DONATED SERVICES, FEDERAL RECORDS, REQUIRED TRAINING COURSES/CLASSES/LICENSES TO OPERATE AND FINANCIAL STATEMENTS, INSURANCE AGENCY AND ALL ENTITIES, BUSINESS CONTRACTS OF SERVICES AND FORMS OF ENTITIES WITH INSTRUCTIONS OR NOTICES OF BUSINESS MEETINGS, GROUPS CALENDAR OR SCHEDULE WITH ALL CONTACT INFO OF BUSINESS FROM ALL IF ANY SOURCES (LOCAL, STATE, AND FEDERAL OR INTERNATIONAL SERVICES). ALL FINANCIAL HISTORY OF BUSINESS TRANSACTIONS ANNUALLY/MONTHLY FOR 10 YEARS HISTORY TO 2024



